UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

                     Plaintiff,

        v.

LONNY R. SUKO,

                     Defendant.

No.  3:15-CV-05776-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's application to proceed *in forma pauperis* (Dkt 1) is **DENIED**. Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 20th day of November, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1